Kenneth A. SIERRA, Plaintiff—
Appellant,

v.

GRANNIS, Chief Inmate Appeals;
et al., Defendants—Appellees.

No. 09-15234.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Sept. 29, 2011.

Kenneth A. Sierra, Corcoran, CA, pro se.

Before: HAWKINS, SILVERMAN and W. FLETCHER, Circuit Judges.

MEMORANDUM **

California state prisoner Kenneth Sierra appeals pro se from the district court's dismissal of his 42 U.S.C. § 1983 action on the grounds that Sierra's complaint was nearly incomprehensible. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

The district court did not err in dismissing Sierra's action. We agree that the complaint lacks an arguable basis in either law or fact. *See* 28 U.S.C. § § 1915(e)(2)(B), 1915A.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

